**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6
7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9    GURMAN S. BAL,                                    No. C 07-03271 JSW

10            Plaintiff,

11    v.                                               **ORDER SETTING CASE**
                                                       **MANAGEMENT CONFERENCE AND**
                                                       **REQUIRING JOINT CASE**
12    NATIONAL ENTERPRISE SYSTEMS,                     **MANAGEMENT CONFERENCE**
                                                       **STATEMENT**
13            Defendant.
      _____/

14
15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby

17    ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

18    Conference shall be held in this case on October 19, 2007, at 1:30 p.m., in Courtroom 2, 17th Floor,

19    Federal Building, 450 Golden Gate Avenue, San Francisco, California.

20        Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

21    any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

22    plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

23    with Civil L. R. 5-6(a).

24        The parties shall appear through lead counsel to discuss all items referred to in this Order and

25    with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

26        The parties shall file a joint case management statement no later than **five (5) court days**

27    prior to the conference.  The joint case management statement shall address all of the topics set forth

28    in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1    *Management Statement*, which can be found on the Court's website located at

2    http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

3    proceeding without counsel, the parties may file separate case management statements.    Separate

4    statements my also address all of the topics set forth in the Standing Order referenced above.  Any

5    request to reschedule the date of the conference shall be made in writing, and by stipulation if

6    possible, at least ten (10) calendar days before the date of the conference and must be based upon

7    good cause.   In order to assist the

8    Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the

9    identities of any person, associations, firms, partnerships, corporations or other entities known by

10   the parties to have either (1) financial interest in the subject matter at issue or in a party to the

11   proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of

12   the proceeding.  If disclosure of non-party interested entities or persons has already been made as

13   required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the

14   disclosure was made.  In this regard, counsel are referred to the Court's Recusal Order posted on the

15   Court website at the Judges Information link at http://www.cand.uscourts.gov.

16

17        **IT IS SO ORDERED.**

18   Dated: July 2, 2007                                    _____

19                                                          JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California