1  DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  DAVID J. DREXLER, ESQ. (State Bar No. 193663)
   drexlerd@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   NATIONAL ENTERPRISE SYSTEMS, INC.,
7  (erroneously sued and served herein as NES, INC.)

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11  GURMAN S. BAL, an individual,        )   CASE NO.  C 07 03271 JSW
                                         )
12            Plaintiff,                 )
                                         )   **NOTICE OF SETTLEMENT**
13       vs.                             )
                                         )
14  NES, INC. (NATIONAL ENTERPRISE       )
    SYSTEMS, INC.)                       )
15                                       )
              Defendant.                 )
16                                       )
                                         )
17                                       )
                                         )
18  ─────────────────────────────

19

20       TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR

21  RESPECTIVE COUNSEL OF RECORD:

22       PLEASE TAKE NOTICE that Defendant NATIONAL ENTERPRISE SYSTEMS, INC.

23  (erroneously sued and served herein as NES, INC.) and Plaintiff GURMAN S. BAL have settled the

24  above-entitled matter in its entirety.  The parties anticipate that they will complete the settlement, and

25  that the parties will file a Stipulation Re Dismissal of the entire action, with prejudice, within 45 days

26  ///

27  ///

28  ///

05631.00:136107                              1
                         NOTICE OF SETTLEMENT         CASE NO. IC 07 3271 JSW

1  from the date of this Notice. The parties request that the Court take off calendar all future hearing
2  dates in this matter.
3
4  DATED: August 3, 2007                          CARLSON & MESSER LLP
5
6                                                 By  /s/ David J. Kaminski
7                                                     David J. Kaminski, Esq.
                                                      David J. Drexler, Esq.
                                                      Attorneys for Defendant,
8                                                     NATIONAL ENTERPRISE SYSTEMS, INC.,
                                                      (erroneously sued and served herein as NES, INC.)
9

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

## PROOF OF SERVICE

STATE OF CALIFORNIA              )
                                 ) ss.
COUNTY OF LOS ANGELES            )

      I am employed in the County of Los Angeles, State of California.

      I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

      On **August 6, 2007** I served the foregoing document described as: **NOTICE OF SETTLEMENT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  **BY ELECTRONIC MAIL**
Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  **(BY MAIL)**
I sealed such envelope(s) and placed it (them) for collection and mailing on this dates following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

    **(BY FACSIMILE)**
I transmitted via telecopier machine such document to the offices of the addressees.

[ ]  **VIA NEXT DAY FEDERAL EXPRESS**
I delivered the above described documents in the above described envelopes to Federal Express for delivery via FedEx next business morning.

[ ]  **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  **(FEDERAL)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **6th** day of **August 2007**, at Los Angeles, California.

_____
Sue A. Vigil

05631.00/136134

**SERVICE LIST**
**Gurman Singh Bal v. National Enterprise Systems, Inc.**
**05631.00**

Gurman S. Bal                                    **IN PRO PER**
1238 Chancery Way
San Ramon, CA 94582
Tel: (925) 640-2326

05631.00/136134