1  DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  DAVID J. DREXLER, ESQ. (State Bar No. 193663)
   drexlerd@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   NATIONAL ENTERPRISE SYSTEMS, INC.,
7  (erroneously sued and served herein as NES, INC.)

FILED
AUG 0 6 2007
RICHARD W. WICKING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMAN S. BAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NES, INC. (NATIONAL ENTERPRISE SYSTEMS, INC.)<br><br>Defendant. | CASE NO. C 07 03271 JSW<br><br>**NOTICE OF SETTLEMENT**<br>AND ORDER VACATING DEADLINES |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant NATIONAL ENTERPRISE SYSTEMS, INC. (erroneously sued and served herein as NES, INC.) and Plaintiff GURMAN S. BAL have settled the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re Dismissal of the entire action, with prejudice, within 45 days

///
///
///

05631.00:136107                                1
                        NOTICE OF SETTLEMENT                CASE NO. IC 07 3271 JSW

1 from the date of this Notice. The parties request that the Court take off calendar all future hearing
2 dates in this matter.

4 DATED: August 3, 2007                    CARLSON & MESSER LLP

6                                          By /s/ David J. Kaminski
7                                          David J. Kaminski, Esq.
                                           David J. Drexler, Esq.
                                           Attorneys for Defendant,
8                                          NATIONAL ENTERPRISE SYSTEMS, INC.,
                                           (erroneously sued and served herein as NES, INC.)

Pursuant to the parties' request, all deadlines are HEREBY VACATED pending a dismissal of this action. The parties shall submit a joint status report to the Court if the settlement is not finalized by the 45 days contemplated by this Notice.

AUG  6  2007                              /s/ Jeffrey S. White
                                          Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GURMAN S. BAL,

        Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS et al,

        Defendant.

Case Number: CV07-03271 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gurman S. Bal
1238 Chancery Way
San Ramon, CA 94582

Dated: August 6, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk