1  DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  DAVID J. DREXLER, ESQ. (State Bar No. 193663)
   drexlerd@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   NATIONAL ENTERPRISE SYSTEMS, INC.,
7  (erroneously sued and served herein as NES, INC.)

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMAN S. BAL, an individual, | CASE NO. C 07 03271 JSW |
| Plaintiff, | |
| vs. | **STIPULATION RE DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| NES, INC. (NATIONAL ENTERPRISE SYSTEMS, INC.) | [Proposed Order filed concurrently] |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff GURMAN S. BAL, Esq., Plaintiff in Pro Per, and Defendant NATIONAL ENTERPRISE SYSTEMS, INC. (erroneously sued and served herein as NES, INC.), through its respective counsel of record, that Plaintiff GURMAN S. BAL agrees to dismiss the above-entitled Lawsuit in its entirety with the prejudice. The parties shall bear their own costs and expenses incurred in the lawsuit.

///
///
///
///
///

05631.00:136108                           1
STIPULATION RE DISMISSAL                  CASE NO. IC 07 3271 JSW

IT IS SO STIPULATED:

DATED: August 9, 2007

By _____
GURMAN S. BAL, ESQ.
Plaintiff in Pro Per

DATED: August 9, 2007

CARLSON & MESSER LLP

By _____
David J. Kaminski, Esq.
David J. Drexler, Esq.
Attorneys for Defendant,
NATIONAL ENTERPRISE SYSTEMS, INC.,
(erroneously sued and served herein as NES, INC.)

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05631.00:136108

2

STIPULATION RE DISMISSAL          CASE NO. IC 07 3271 JSW

were made subsequent to the execution of this Agreement shall be binding unless reduced to writing and signed by the parties referenced herein.

DATED: August ~~8~~ Sept 8, 2007    By: _____
　　　　　　　　　　　　　　　　　　　　GURMAN S. BAL, ESQ.


　　　　　　　　　　　　　　　　NATIONAL ENTERPRISE SYSTEMS, INC.

DATED: August 31, 2007    By: _____
　　　　　　　　　　　　　　　　　　　　Representative

**APPROVED AS TO FORM**