UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMAN S. BAL, an individual, | CASE NO. C 07 03271 JSW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| NES, INC. (NATIONAL ENTERPRISE SYSTEMS, INC.) | |
| Defendant. | |

The Court has reviewed the Stipulation of all parties to dismiss with prejudice the entire Complaint and lawsuit of Plaintiff GURMAN S. BAL. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the entire action filed by Plaintiff GURMAN S. BAL is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED:**

DATED: September 10, 2007        By _____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

05631.00:136257

1

ORDER                                    CASE NO. IC 07 3271 JSW