1  DAVID J. KAMINSKI, ESQ. (State Bar No. 128509)
   KaminskiD@cmtlaw.com
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant,
   NATIONAL ENTERPRISE SYSTEMS, INC.,
6  (erroneously sued and served herein as NES, INC.)

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 GURMAN S. BAL, an individual,          )   CASE NO. C 07 03271 JSW
                                          )
12              Plaintiff,                )
                                          )   **NOTICE OF ORDER RE: DISMISSAL OF**
13       vs.                              )   **ENTIRE ACTION, WITH PREJUDICE**
                                          )
14 NES, INC. (NATIONAL ENTERPRISE         )   [FRCP 41(a)(1)]
   SYSTEMS, INC.)                         )
15                                        )
                Defendant.                )
16                                        )
                                          )
17                                        )
   _____)
18

19       TO PLAINTIFF GURMAN S. BAL IN PRO PER:

20       PLEASE TAKE NOTICE that Judge Jeffrey S. White, United States District Judge, Northern

21 District of California, dismissed the above-entitled lawsuit, in its entirety, with prejudice, pursuant to

22 FRCP 41(a)(1), on **September 11, 2007**.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

05631.00:136107                              1
                **Notice of Order re Dismissal of Entire Action with Prejudice**   Case No. IC 07 3271 JSW

1  Defendant NATIONAL ENTERPRISE SYSTEMS, INC. (erroneously sued and served
2  herein as NES, INC.) was ordered to serve a copy of the Court's Order on Plaintiff. A copy of the
3  Court's Order is attached as Exhibit "A."
4
5  DATED: September 18, 2007        CARLSON & MESSER LLP
6
7                                    By _____
8                                    David J. Kaminski, Esq.
                                      Attorneys for Defendant,
9                                     NATIONAL ENTERPRISE SYSTEMS, INC.,
                                      (erroneously sued and served herein as NES, INC.)

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05631.00:136107

2

**Notice of Order re Dismissal of Entire Action with Prejudice    Case No. IC 07 3271 JSW**

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GURMAN S. BAL, an individual, | ) | CASE NO. C 07 03271 JSW |
| Plaintiff, | ) ) | |
| vs. | ) ) | [PROPOSED] ORDER |
| NES, INC. (NATIONAL ENTERPRISE SYSTEMS, INC.) | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

The Court has reviewed the Stipulation of all parties to dismiss with prejudice the entire Complaint and lawsuit of Plaintiff GURMAN S. BAL. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the entire action filed by Plaintiff GURMAN S. BAL is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).
2. Defendant shall serve a copy of this Order on Plaintiff.

IT IS SO ORDERED:

DATED: ~~September 10, 2007~~    By _____
       September 11, 2007           UNITED STATES DISTRICT JUDGE
                                       NORTHERN DISTRICT OF CALIFORNIA

05631.00:136257

ORDER     1     CASE NO. IC 07 3271 JSW